# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2007

Clifford W. Taylor,
Chief Justice

133429

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NATIONAL PRIDE AT WORK, INC., BECKY ALLEN, DORTHEA AGNOSTOPOULOS, ADNAN AYOUB, MEGHAN BELLANGER, JUDITH BLOCK, MARY M. BRISBOIS, WADE CARLSON, COURTNEY D. CHAPIN, MICHAEL CHAPMAN, MICHELLE CORWIN, LORI CURRY, JOSEPH DARBY, SCOTT DENNIS, JIM ETZKORN, JILL FULLER, SUSAN HALSEY-CERAGH, PETER HAMMER, DEBRA HARRAH, TY HIITHER, JOLINDA JACH, TERRY KORRECK, CRAIG KUKUK, GARY LINDSAY, KEVIN McMANN, A.T. MILLER, KITTY O'NEIL, DENNIS PATRICK, TOM PATRICK, GREGG PIZZI, KATHLEEN POELKER, JEROME POST, BARBARA RAMBER, PAUL RENWICK, DAHLIA SCHWARTZ, ALEXANDRA STERN, GWEN STOKES, KEN CYBERSKI, JOANNE BEEMON, CAROL BORGESON, MICHAEL FALK, and MATT SCOTT,

        Plaintiffs-Appellees,

v

        SC: 133429
        COA: 265870
        Ingham CC: 05-000368-CZ

GOVERNOR OF MICHIGAN,
        Defendant-Appellant,
and

CITY OF KALAMAZOO,
        Defendant-Appellee,
and

ATTORNEY GENERAL,
        Intervening Defendant-Appellee.
_____/

      On order of the Court, the application for leave to appeal the February 1, 2007 judgment of the Court of Appeals is considered, and it is GRANTED.

      Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2007

Clerk

t0516